```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Amarilla.,

                              Plaintiffs,

       -against-

Target Corporation,

                            Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-03687-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled **March 7, 2024 at 11:00 AM**.

The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID 343 201 715 and then # to enter the conference.

**SO ORDERED.**

DATED:    White Plains, New York
               February 2, 2024

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge