UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Marcos N. Amarilla,

                           Plaintiff,

          -against-

Target Corporation,

                           Defendant.
------------------------------------------------------------------X

23-cv-3687-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    On March 7, 2024, the Court directed the parties to submit a joint letter, by no later than April 30, 2024, providing the Court with an update on the status of the case. The Court has not yet received the parties' letter. The parties are reminded to submit their letter, which is now due on **May 3, 2024**.

    SO ORDERED.

DATED:    White Plains, New York
              May 1, 2024

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2024