UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Marcos N. Amarilla,

                            Plaintiff,

           -against-

Target Corporation,

                            Defendant.
-----------------------------------------------------------------X

23-cv-3687-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

       On May 7, 2024, the Court directed the parties to submit a joint letter, by no later than May 17, 2024, providing the Court with an update on the status of Plaintiff's deposition. The Court has not yet received the parties' letter. The parties are reminded to submit their letter, which is now due on **May 31, 2024**. In addition to providing an update on Plaintiff's deposition, the parties' letter should detail the progress of discovery over the prior month and the anticipated next steps in the upcoming month.

       **SO ORDERED.**

DATED:    White Plains, New York
                 May 22, 2024

                                                          _____
                                                           VICTORIA REZNIK
                                                           United States Magistrate Judge