USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Amarilla,

         Plaintiff(s),

    -against-

Target Corp.

         Defendant(s).
------------------------------------------------------------------X

**ORDER**

7:23-cv-03687-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court having been advised that all claims asserted in the above-entitled action are settled, it is hereby,

ORDERED, that the above-entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days from the date of this Order.

   **SO ORDERED.**

DATED:  White Plains, New York
      October 10, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY_____
DOCUMENT_____
ELECTRONICALLY FILED
DOC #
DATE FILED: Oct 10, 2024

1